IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:06-CV-143-W

| | | |
|---|---|---|
| BFS BRANDS, LLC, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| THOMAS TIRE SALES, INC., and MICHAEL THOMAS, | ) ) ) | |
| Defendants. | ) ) | |

All claims now being voluntarily dismissed by plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby ORDERED that each party shall bear its own costs as incurred. The clerk is DIRECTED to close this case.

IT IS SO ORDERED.

Signed: October 23, 2006

Frank D. Whitney
United States District Judge