# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-143-W

| | |
|---|---|
| BFS BRANDS, LLC, )<br>BRIDGESTONE FIRESTONE NORTH )<br>AMERICAN TIRE, LLC, and )<br>BRIDGESTONE CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS TIRE SALES, INC., and )<br>MICHAEL THOMAS, )<br>)<br>Defendants. )<br>) | **NOTICE** |

**TAKE NOTICE** that this matter is set for **evidentiary hearing** in reference to motions now pending (Doc. Nos. 8, 10) and the relief requested therein, to be held at **9:00 a.m.** on **Friday, 16 February 2007** before the undersigned United States District Judge in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

The Clerk is DIRECTED to mail copies of this notice to the Defendants and their prospective attorney at the following addresses:

Michael Thomas
c/o Thomas Tire Sales, Inc.
4019 Cheshire Glen Dr.
Monroe, NC 28110

Mark R. Kutny, Esquire
Hamilton, Moon, Stephens, Steele & Martin, PLLC
201 South College St., Suite 2020
Charlotte, NC 28244-2020

Signed: February 5, 2007

*Frank D. Whitney*
Frank D. Whitney
United States District Judge