UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:06-CV-143-W

BFS BRANDS, LLC, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE CORPORATION,

    Plaintiff,

vs.

THOMAS TIRE SALES, INC., a North Carolina Corporation, and MICHAEL THOMAS, an individual,

    Defendants.

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS CAUSE has come before the Court on Plaintiffs' Motion for Admission *Pro Hac Vice* of Caroline J. Tanner. The Court has been advised that: the plaintiffs BFS Brands, LLC, Bridgestone Firestone North American Tire, LLC, and Bridgestone Corporation, desire the appearance of Ms. Tanner as an attorney in this action to act on its behalf; Ms. Tanner is an active member in good standing of the Bar of the State of Georgia and the United States District Court for the Northern District of Georgia; and Ms. Tanner has designated Christopher A. Page of Young Moore & Henderson in Raleigh, North Carolina to serve as her local counsel. Consequently, it is the opinion of this Court that the motion is due to be GRANTED. It is therefore,

ADJUDGED AND ORDERED that Caroline J. Tanner is admitted *pro hac vice* to practice in the United States District Court for the Western District of North Carolina, Charlotte Division for the purpose of representing plaintiffs, BFS Brands, LLC, Bridgestone Firestone

North American Tire, LLC, and Bridgestone Corporation, in the above-styled and numbered cause until this case is concluded.

DONE AND ORDERED.

Signed: February 13, 2007

David C. Keesler
United States Magistrate Judge