IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:06-cv-143-K

BFS BRANDS, LLC, BRIDGESTONE )
FIRESTONE NORTH AMERICAN TIRE, )
LLC, and BRIDGESTONE CORPORATION, )
)
    Plaintiffs, )
) STIPULATED PERMANENT
v ) INJUNCTION
)
THOMAS TIRE SALES, INC., a North )
Carolina corporation, and MICHAEL )
THOMAS, an individual, )
)
    Defendants )
)

Plaintiffs, BFS Brands, LLC, Bridgestone Firestone North American Tire, LLC and Bridgestone Corporation ("Plaintiffs"), and Defendants, Thomas Tire Sales, Inc., a North Carolina corporation, and Michael Thomas, an individual (collectively, "Defendants"), hereby stipulate that the Defendants along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a)     repairing, advertising, offering for sale or distribution, selling, promoting or distributing tires that Defendants obtained directly or indirectly from Greenman Technologies, Inc., Darrell Warren or Steve Adams, and that are protected by Plaintiffs' registered trademarks and trade names, including, but not limited to, the following Trademark Registration Nos.:

        (1)     140,804 ("Firestone");

        (2)     209,064 ("Firestone");

        (3)     1,387,468 ("Firestone");

(4) 2,464,005 ("Firestone");

(5) 1,342,473 ("Bridgestone");

(6) 2,607,465 ("Bridgestone"); and

(7) 2,886,688 ("Bridgestone");

and any other works now or hereafter protected by any of Plaintiffs' trademarks or trade names;

(b) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any such tires bearing the above-listed trademarks, or the "Firestone" or "Bridgestone" trade names that Defendants obtained, either directly or indirectly, from Greenman Technologies, Inc., Darrell Warren, or Steve Adams, or any representative, agent, employee or associate of Greenman Technologies, Inc., Darrell Warren or Steve Adams, has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Plaintiffs, when such is not true in fact;

(c) using the names, logos, or other variations thereof of any of Plaintiffs' trademarks on Defendants' trade or corporate names; and

(d) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (c) above.

**IT IS SO STIPULATED.**

DATED: 5/3, 2006

THOMAS TIRE SALES, INC., a North Carolina corporation

By: _____
Michael Thomas

_____
MICHAEL THOMAS, individually

2

IT IS SO ORDERED, *nunc pro tunc* to May 3, 2006.

Signed: February 16, 2007

Frank D. Whitney
United States District Judge