# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:06-CV-143-W

| | |
|---|---|
| BFS BRANDS, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THOMAS TIRE SALES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER comes before the Court, *sua sponte*, in the regular course of supervising its civil docket. A hearing was held on 16 February 2007 as to Plaintiffs' motion to vacate a prior voluntary dismissal of the case (Doc. No. 8) and renewed motion for injunctive relief (Doc. No. 10). The result of said hearing was the entry of a permanent injunction by consent of the parties and the rejection of Plaintiffs' monetary claims in favor of the jurisdiction of the bankruptcy court.

All issues now being resolved, the Clerk is DIRECTED to terminate all outstanding motions, enter judgment, and close this case. This Court shall retain jurisdiction over this matter only for purposes of enforcing, modifying, or dissolving the injunction.

IT IS SO ORDERED.

Signed: April 13, 2007

Frank D. Whitney
United States District Judge