# United States District Court
## For The Western District of North Carolina
## Charlotte Division

BFS Brands LLC, et al ,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:06-cv-143

Thomas Tire Sales, Inc., et al,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 20, 2007 Order.


        Signed: May 4, 2007

        Frank G. Johns, Clerk
        United States District Court